JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARCHDIOCESE OF LOS ANGELES EDUCATION & WELFARE CORPORATION, a California nonprofit religious corporation, on its own behalf and on behalf of SAINT BONAVENTURE HIGH SCHOOL and DAMIEN HIGH SCHOOL<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA INTERSCHOLASTIC FEDERATION SOUTHERN SECTION ("CIF-SS"), a California nonprofit corporation; CALIFORNIA INTERSCHOLASTIC FEDERATION ("CIF"), a California nonprofit; ROBERT L. WIGOD, in his capacity as Commissioner and an officer of CIF-SS; DOES 1–23, in their capacities as directors of CIF-SS; and DOES 24–60, in their capacities as directors of CIF,<br><br>    Defendants.- | Case No.: SACV13-00934-JLS (ANx)<br><br>**ORDER APPROVING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(A)(II) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RETAINING COURT'S JURISDICTION OVER ARBITRATION AGREEMENT**<br><br>Complaint Filed: June 20, 2013<br>Trial Date:    None Set |

The Court, having considered the Joint Stipulation Dismissing Action with Prejudice, which was filed concurrently, hereby APPROVES of the Join Stipulation and ORDERS as follows:

1. The Court expressly incorporates the terms of the Arbitration Agreement executed by Plaintiff Archdiocese of Los Angeles Education & Welfare Corporation ("Plaintiff") and Defendants California Interscholastic Federation, California Interscholastic Federation Southern Section, and Robert L. Wigod (collectively, "Defendants") into this Order;

2. The Court shall retain jurisdiction to enforce any and all terms of the Arbitration Agreement, including any arbitration award therefrom;

3. The instant action— *Archdiocese of Los Angeles Education & Welfare Corporation v. California Interscholastic Federation Southern Section, et al.*, Case No. SACV 13-00934-JLS (ANx) (the "Action")—is hereby dismissed with prejudice as to all Defendants; and

4. Neither Plaintiff, nor Defendants, to the Action shall recover any fees or costs associated with the Action, including, without limitation, attorneys' fees, except as provided for in the Arbitration Agreement.

**SO ORDERED:**

DATED: January 29, 2014

*[signature]*

Honorable Josephine L. Staton
United States District Court Judge